IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EDGAR CUEVAS OJEDA,<br><br>*Plaintiff*,<br><br>v.<br><br>CARGO JET CARRIERS, INC., ALEX FRIEDRICH JESSE,<br><br>*Defendants*. | § § § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00287-JRG |

## ORDER

Before the Court is the Agreed Motion to Dismiss (the "Joint Motion") filed by Plaintiff Edgar Cuevas Ojeda ("Plaintiff") and Defendants Cargo Jet Carriers, Inc. and Alex Friedrich Jesse (collectively "Defendants") (together with Plaintiff, the "Parties"). (Dkt. No. 17). In the Joint Motion, the Parties notify the Court that they "have resolved all issues in this matter." (*Id.* at 1). As such, the Parties request that the Court dismiss Plaintiff's claims against Defendants with prejudice. (*Id.*).

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's claims for relief against Defendants are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case and not explicitly granted herein are **DENIED AS MOOT**. The Clerk shall **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 17th day of May, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE
